1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>RIDDELL, INC., etc., et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:15-cv-06324-CAS-FFM<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE AND WITHOUT COSTS**<br><br>**Fact Disc. Cutoff:** October 24, 2017<br>**Pretrial Conf.:** January 22, 2018<br>**Trial:** February 6, 2018 |

Having considered the parties' Stipulation for the dismissal of the entire action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED**:

1. The First Amended Complaint of Plaintiff and Counter-Defendant Aspen Specialty Insurance Company is dismissed with prejudice;

2. The First Amended Counter-Claim of Defendants and Counter-Claimants Riddell, Inc., All American Sports Corp., Riddell Sports Group, Inc., BRG Sports, Inc. (formerly known as Easton-Bell Sports, Inc.), BRG Sports, LLC, formerly known as

Easton-Bell Sports, LLC), EB Sports Corp., and BRG Sports Holdings Corp. (formerly known as RBG Holdings Corp.) is dismissed with prejudice; and

    3.    Each party shall bear its own attorneys' fees, costs and expenses.

**IT IS SO ORDERED.**

DATED: September 20, 2017

                                            Honorable Christina A. Snyder
                                            United States District Judge

Case No. 2:15-cv-06324-CAS-FFM

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 17901 Von Karman Avenue, Suite 650, Irvine, California 92614.

On September 19, 2017, I served the following document(s) described as:

**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE AND WITHOUT COSTS**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Reynold L. Siemens, Esq.<br>Jeffrey A. Kiburtz, Esq.<br>Covington & Burling LLP<br>1999 Avenue of the Stars, Suite 1500<br>Los Angeles, California 90067 | Attorneys for Defendants<br><br>Telephone: 424/332-4800<br>Facsimile: 424/332-4749<br>Email: rsiemens@cov.com |

**[X]  BY ELECTRONIC SERVICE:** I caused such documents to be transmitted via internet/electronic mail for service on all parties in this case as a PDF attachment to the email addresses listed below. Attached hereto is a true and correct copy of the email transmission. I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action; my business address is 17901 Von Karman Avenue, Suite 650, Irvine, California 92614.

**[X]  BY FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 19, 2017, at Irvine, California.

_____
Mary Lynn Genova

120524.1